IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 5:11CR00208-002** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE JAMES S. GWIN** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **GUYY A. HALL,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter was heard on December 15, 2015 upon the request of the United States Pretrial and Probation Office for a finding that the defendant violated the conditions of supervised release. The defendant was present and represented by Attorney Nathan A. Ray. The original violation report was referred to Magistrate Judge Kathleen B. Burke to conduct appropriate proceedings and for the issuance of a Report and Recommendation. The Report and Recommendation was issued on November 24, 2015 [Doc. No. 77]. No objections having been filed, the Court adopted the Report and Recommendation and found the following terms of supervised release had been violated:

      1) failure to comply with drug/alcohol aftercare;

      2) failure to submit monthly supervision reports;

      3) failure to report/whereabouts unknown.

The Court found the violations to be Grade C and the defendant's Criminal History Category to be III. Defendant is committed to the Bureau of Prisons for a term of 6 months.

Upon release from incarceration defendant shall return to the term of supervised release earlier imposed and the conditions shall remain the same.

The defendant is remanded to the custody of the U.S. Marshal, Cleveland, Ohio.


Dated:  December 15, 2015                              *s/    James S. Gwin*
                                                                                JAMES S. GWIN
                                                                                UNITED STATES DISTRICT JUDGE